# Order

June 23, 2021

163084-5(89)(90)

**Michigan Supreme Court**
**Lansing, Michigan**

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

HORACE SHEFFIELD, III, and RODRICK
HARBIN,
          Plaintiffs-Appellees,

v

DETROIT CITY CLERK and DETROIT
ELECTION COMMISSION,
          Defendants,
and

DETROIT CHARTER REVISION
COMMISSION,
          Intervening Defendant-
          Appellant.
_____/

SC: 163084
COA: 357298
Wayne CC: 21-006043-AW

ALLEN A. LEWIS and INGRID D. WHITE,
          Plaintiffs-Appellees,

v

DETROIT CITY CLERK and DETROIT
ELECTION COMMISSION,
          Defendants,
and

DETROIT CHARTER REVISION
COMMISSION,
          Intervening Defendant-
          Appellant.
_____/

SC: 163085
COA: 357299
Wayne CC: 21-006040-AW

On order of the Chief Justice, the motions of We Care About Van Dyke-Seven Mile and Helco Block Club to file a brief amicus curiae and for immediate consideration are GRANTED. The amicus brief submitted on June 17, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021



Clerk